IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**DAVID A. PAYNE**                                                                               **PLAINTIFF**

**VS.**          **CIVIL ACTION NO. 2:07CV73-P-S**

**MICHAEL J. ASTRUE,**
**Commissioner of**
**Social Security**      **DEFENDANT**

## FINAL JUDGMENT

Consistent with the Opinion issued this day, the decision of the Commissioner of Social Security, denying the plaintiff's application for benefits, is hereby **AFFIRMED**; and this case is hereby **DISMISSED** with prejudice.

**SO ORDERED** this 26th day of September, 2008.

                                                      /s/ W. Allen Pepper, Jr.
                                                      W. ALLEN PEPPER, JR.
                                                      UNITED STATES DISTRICT JUDGE